CO-386-online
10/03

# United States District Court
# For the District of Columbia

Ace Property & Casualty Insurance Co. (f/k/a )
Cigna Property & Casualty Insurance Co. et al. )
            )
            )
      Plaintiff   )  Civil Action No._____
   vs          )
Federal Crop Insurance Corporation  )
            )
            )
      Defendant  )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _____ Plaintiffs _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ See Attached _____ which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

430470
_____
BAR IDENTIFICATION NO.

Michael E. Tucci
_____
Print Name

1150 18th Street, N.W., Suite 800
_____
Address

Washington, D.C. 20036-3816
_____
City     State    Zip Code

202-785-9100
_____
Phone Number

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, plaintiffs make the following disclosures.

1.      Ace Property & Casualty Insurance Company is a wholly-owned subsidiary of ACE INA Holdings, Inc., which, in turn, is owned by ACE Limited, a publicly held company.

2.      The Alliance Insurance Company is a wholly-owned subsidiary of Farmers Alliance Mutual Insurance Company; no publicly held company owns 10% or more of its stock.  See paragraph 14, infra.

3.      American Agricultural Insurance Company is a mutual insurance company; no publicly held company owns 10% or more of its stock.

4.      American Growers Insurance Company is subject to liquidation proceedings under the supervision of the Director of Insurance of the State of Nebraska.  Prior to the commencement of the liquidation, this plaintiff was, directly or indirectly, a wholly-owned subsidiary of Acceptance Insurance Companies, Inc., a publicly held company which filed a petition under Chapter 11 of the United States Bankruptcy Code on or about January 7, 2005, in the United States Bankruptcy Court for the District of Nebraska.

5.      Country Mutual Insurance Company is a mutual insurance company; no publicly held company owns 10% or more of its stock.

6.      Farm Bureau Mutual Insurance Company of Iowa is a mutual insurance company; no publicly held company owns 10% or more of its stock.

7.      Farmers Alliance Mutual Insurance Company is a mutual insurance company owned by its policyholders; it has no parent companies, and no publicly held company owns 10% or more of its stock.  See paragraph 14, infra.

8.      Farmers Mutual Hail Insurance Company of Iowa is a mutual insurance company; no publicly held company owns 10% or more of its stock.

9.      Great American Insurance Company is a publicly held company.

10.     Hartford Fire Insurance Company is a wholly-owned subsidiary of The Hartford, a publicly held company.

11.     NAU Country Insurance Company is a closely held corporation; no publicly held company owns 10% or more of its stock.

12.     Producers Lloyds Insurance Company is a closely held corporation; no publicly held company owns 10% or more of its stock.

13.     Rural Community Insurance Company is an indirect subsidiary of Wells Fargo Corp., a publicly held company.

14.     Subsequent to the acts of which plaintiffs complain, The Alliance Insurance Company and Farmers Alliance Mutual Insurance Company have consolidated their operations under the name of Farmers Crop Insurance Alliance; no publicly held company owns 10% or more of the consolidated company's stock.