AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ACE PROPERTY & CASUALTY INSURANCE
COMPANY, (f/k/a CIGNA PROPERTY AND
CASUALTY INSURANCE COMPANY) ET AL

**SUMMONS IN A CIVIL CASE**

V.

FEDERAL CROP INSURANCE
CORPORATION, A CORPORATION WITHIN
THE UNITED STATES DEPARTMENT OF
AGRICULTURE

CASE NUMBER  1:06CV01430

JUDGE: Ricardo M. Urbina

DECK TYPE: Administrative Agency Review

DATE STAMP: 08/11/2006

TO: (Name and address of Defendant)

~~Federal Crop Insurance Corporation,
a Corporation within the United States
Department of Agriculture
Office of the General Counsel
South Building, Room 2449
14th & Independence Avenue, S.W.
Washington, D.C. 20250~~

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Tucci
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036-3816

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            AUG 1 1 2006
CLERK                                  DATE

_/s/_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ace Property & Casualty Insurance Company f/k/a Cigna Property & Casualty Insurance Company, et al.

vs.

Federal Crop Insurance Corporation, a Corporation Within the United States Department of Agriculture

No. 1:06CV01430

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Exhibit A, Certificate Rule LCvR 7.1 and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

   That my date of birth / age is 09-06-1941.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 12:15 pm on August 16, 2006, I served U. S. Attorney General at Department of Justice, 601 D Street, NW, Washington, DC 20001 by serving Dwayne Woodward, authorized to accept. Described herein:

```
    SEX-    MALE
    AGE-    36
 HEIGHT-    5'11"
   HAIR-    BLACK
 WEIGHT-    185
   RACE-    BLACK
```

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___8/17/06___
            Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 175284