UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ACE PROPERTY & CASUALTY INS. CO., et al.** ) | | |
| 9200 Northpark Drive, Suite 300 ) | | |
| Johnston, Iowa 50131, ) | | |
| ) | Civil Action No. 06-1430 (RMU) | |
| Plaintiffs, ) | ECF | |
| v. ) | | |
| **FEDERAL CROP INS. CORP.** ) | | |
| c/o U.S. Dept. Of Agriculture ) | | |
| Office of the General Counsel ) | | |
| South Building, Room 2449 ) | | |
| 14th & Independence Ave., S.W. ) | | |
| Washington, D.C. 20250, ) | | |
| Defendant. ) | | |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372