**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.)<br>9200 Northpark Drive<br>Suite 300<br>Johnston, Iowa 50131, | ) ) ) ) ) ) ) ) |
| ALLIANCE INSURANCE COMPANIES<br>1122 North Main<br>McPherson, Kansas 67460, | ) ) ) ) |
| AMERICAN AGRICULTURAL INSURANCE COMPANY<br>1501 E. Woodfield Road<br>Suite 300W<br>Schaumburg, Illinois 60173, | ) ) ) ) ) ) |
| AMERICAN GROWERS INSURANCE COMPANY IN LIQUIDATION<br>c/o Director<br>Nebraska Department of Insurance<br>941 O Street, Suite 400<br>Lincoln, Nebraska 68508, | ) ) ) ) ) ) ) ) |
| COUNTRY MUTUAL INSURANCE COMPANY<br>1701 Towanda Avenue<br>Bloomington, Illinois 61702, | ) ) ) ) |
| FARM BUREAU MUTUAL INSURANCE COMPANY OF IOWA<br>5400 University Avenue<br>West Des Moines, Iowa 50266, | ) ) ) ) ) |
| FARMERS ALLIANCE MUTUAL INSURANCE COMPANY<br>1122 North Main<br>McPherson, Kansas 67460, | ) ) ) ) |

Civil Action No.
1:06CV01430 (RMU)

| | |
|---|---|
| **GREAT AMERICAN INSURANCE COMPANY**<br>49 East 4th Street<br>Cincinnati, Ohio 45201,<br><br>**HARTFORD FIRE INSURANCE COMPANY,**<br>690 Asylum Avenue<br>Hartford, Connecticut 06115,<br><br>**NAU COUNTRY INSURANCE COMPANY**<br>7333 Sunwood Drive<br>Ramsey, Minnesota 55303,<br><br>**PRODUCERS LLOYDS INSURANCE COMPANY**<br>2025 S. Hughes Street<br>Amarillo, Texas 79105,<br><br>**RURAL COMMUNITY INSURANCE COMPANY**<br>3501 Thurston Avenue<br>Anoka, Minnesota 55303,<br><br>            **Petitioners,**<br><br>   v.<br><br>**FEDERAL CROP INSURANCE CORPORATION,**<br>**A CORPORATION WITHIN THE UNITED**<br>**STATES DEPARTMENT OF AGRICULTURE,**<br>c/o U.S. Department of Agriculture<br>Office of the General Counsel<br>South Building, Room 2449<br>14th & Independence Avenue, S.W.<br>Washington, D.C. 20250,<br><br>            **Respondents.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No.**<br>)  **1:06CV01430 (RMU)**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

The Clerk of the Court will please enter the appearance of Jane W. Vanneman, Senior

Trial Counsel, as counsel of record for the Respondents in the above-captioned case.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | s/s Jane W. Vanneman |
| Of Counsel: | Jane W. Vanneman |
| Peter S. Smith | D.C. Bar #257121 |
| D.C. BAR #465131 | Senior Trial Counsel |
| Assistant U.S. Attorney | United States Department of Justice, |
| Judiciary Center Building | Civil Division, |
| 555 Fourth St., N.W. | Commercial Litigation Branch |
|   Room E4224 | 1100 L Street, N.W. |
| Washington, D.C. 20530 | Room 12010 |
| (202) 307-0372 | Washington, D.C.  20005 |
|  | (202) 616-8283 |

September 27, 2006