**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.) 9200 Northpark Drive Suite 300 Johnston, Iowa 50131, | ) ) ) ) ) ) ) ) |
| ALLIANCE INSURANCE COMPANIES 1122 North Main McPherson, Kansas 67460, | ) ) ) ) |
| AMERICAN AGRICULTURAL INSURANCE COMPANY 1501 E. Woodfield Road Suite 300W Schaumburg, Illinois 60173, | ) ) ) ) ) ) |
| AMERICAN GROWERS INSURANCE COMPANY IN LIQUIDATION c/o Director Nebraska Department of Insurance 941 O Street, Suite 400 Lincoln, Nebraska 68508, | ) ) ) ) ) ) ) |
| COUNTRY MUTUAL INSURANCE COMPANY 1701 Towanda Avenue Bloomington, Illinois 61702, | ) ) ) ) |
| FARM BUREAU MUTUAL INSURANCE COMPANY OF IOWA 5400 University Avenue West Des Moines, Iowa 50266, | ) ) ) ) ) |
| FARMERS ALLIANCE MUTUAL INSURANCE COMPANY 1122 North Main McPherson, Kansas 67460, | ) ) ) ) |

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY<br>49 East 4th Street<br>Cincinnati, Ohio 45201, | )<br>)<br>)<br>) |
| HARTFORD FIRE INSURANCE COMPANY,<br>690 Asylum Avenue<br>Hartford, Connecticut 06115, | )<br>)<br>)<br>)<br>) |
| NAU COUNTRY INSURANCE COMPANY<br>7333 Sunwood Drive<br>Ramsey, Minnesota 55303, | )<br>)<br>)<br>)<br>) |
| PRODUCERS LLOYDS INSURANCE COMPANY<br>2025 S. Hughes Street<br>Amarillo, Texas 79105, | )<br>)<br>)<br>)<br>) |
| RURAL COMMUNITY INSURANCE COMPANY<br>3501 Thurston Avenue<br>Anoka, Minnesota 55303, | )<br>)<br>)<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil No. 06-1430 (RMU) |
| FEDERAL CROP INSURANCE CORPORATION,<br>A CORPORATION WITHIN THE UNITED<br>STATES DEPARTMENT OF AGRICULTURE,<br>c/o U.S. Department of Agriculture<br>Office of the General Counsel<br>South Building, Room 2449<br>14th & Independence Avenue, S.W.<br>Washington, D.C. 20250, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Respondents. | )<br>) |

**CONSENT MOTION FOR ENTRY OF BRIEFING SCHEDULE**

Counsel for plaintiff insurance companies, and defendant Federal Crop Insurance Corporation (FCIC), have consulted pursuant to LcvR 7(m) about the proposed schedule. The parties respectfully request the following relief, and that the Court adopt the following briefing

schedule in this case:[1]

  December 20, 2006    dispositive motions due

  January 31, 2007    oppositions to dispositive motions due

  February 28, 2007    reply briefs due

Defendant believes that, among other things, this Court's review of this case will be conducted as a review of the administrative record, Local Rule 16.3(b)(1), and agrees with plaintiffs that the case involves principally legal issues. Plaintiffs disagree that the matter should be conducted as a review of the administrative record, believe that some of the counts may be "original" in nature in the district, but that the case involves principally legal issues, the majority of which the Court will likely be able to resolve on dispositive motions.

Plaintiffs challenge a decision of the United States Department of Agriculture Board of Contract Appeals (AgBCA, or, board). Docket Nos. 2004-173-F through 2004-184-F. See also Ace Property et al, 2006 WL 1776561 (June 28, 2006)(decision on motion for reconsideration); Ace Property & Casualty Insurance Company et al, AgBCA Nos. 2004-173-F through 2004-184-F (December 21, 2005) (see www.usda/gov/bca).[2] There have been four related cases, involving the same plaintiff insurance companies,[3] and the same defendants. See Ace Property & Casualty

---

[1] Because the parties contemplate filing dispositive motions, defendant FCIC proposes that the Court waive any requirement that defendant file an answer to plaintiffs' amended and substitute complaint (complaint). Defendant's answer would otherwise be due on October 23, 2006. Defendant will need the time reflected in the requested schedule to compile and file the administrative record in this case and the parties will need time, once the record is filed, to review the record and to prepare and file their dispositive motions.

[2] Defendants believe that this case involves, among other things, a review of the administrative record, and, therefore, it is not subject to Local Rule 16.3's scheduling requirements.

[3] In their recently-filed amended and substitute complaint, plaintiffs named one additional insurance company.

Insurance Company et al v. Federal Crop Insurance Corporation et al, 60 Fed. Cl. 175 (2004), aff'd, 138 Fed. Appx. 308 (Fed. Cir. 2005). Ace Property & Casualty Insurance Co. v. Federal Crop Ins. Corp., 357 F.Supp.2d 1140 (S.D. Iowa 2005), aff'd Ace Property & Casualty Insurance Company et al v. Federal Crop Insurance Corporation et al,, 440 F.3d 992, aff'd on other grounds (8th Cir. 2006). The complaint in this Court contains numerous counts, and raises complex issues, including issues involving jurisdiction, and other issues of procedure, as well as the merits.

Counsel for defendant recently forwarded to counsel for plaintiffs a copy of the administrative record. Counsel for defendant will file the administrative record with this Court in the near future.

A proposed order is attached.

                                              Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              DAVID M. COHEN
                                              Director
                                              Commercial Litigation Branch

| Of Counsel: | /s Jane W. Vanneman |
|---|---|
| JEFFREY A. TAYLOR | JANE W. VANNEMAN |
| D.C. BAR # 498610 | D.C. BAR #257121 |
| United States Attorney | Senior Trial Counsel |
| PETER S. SMITH | United States Department of Justice |
| D.C. BAR #465131 | Civil Division |
| Assistant U.S. Attorney | Commercial Litigation Branch |
| Judiciary Center Building | 1100 L Street, N.W. |
| 555 Fourth St., N.W. | Room 12010 |
|   Room E4224 | Washington, D.C. 20005 |
| Washington, D.C. 20530 | (202) 616-8283 |
| (202) 307-0372 | |

KIMBERLEY ARRIGO
Senior Counsel
United States Department of Agriculture
Office of the General Counsel
Washington, D.C.


October 17, 2006