**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.)** 9200 Northpark Drive Suite 300 Johnston, Iowa 50131, | ) ) ) ) ) ) ) |
| **ALLIANCE INSURANCE COMPANIES** 1122 North Main McPherson, Kansas 67460, | ) ) ) ) |
| **AMERICAN AGRICULTURAL INSURANCE COMPANY** 1501 E. Woodfield Road Suite 300W Schaumburg, Illinois 60173, | ) ) Civil Action No. ) 1:06CV01430 (RMU) ) ) |
| **AMERICAN GROWERS INSURANCE COMPANY IN LIQUIDATION** c/o Director Nebraska Department of Insurance 941 O Street, Suite 400 Lincoln, Nebraska 68508, | ) ) ) ) ) ) ) |
| **COUNTRY MUTUAL INSURANCE COMPANY** 1701 Towanda Avenue Bloomington, Illinois 61702, | ) ) ) ) |
| **FARM BUREAU MUTUAL INSURANCE COMPANY OF IOWA** 5400 University Avenue West Des Moines, Iowa 50266, | ) ) ) ) ) |
| **FARMERS ALLIANCE MUTUAL INSURANCE COMPANY** | ) ) |

1122 North Main                  )
McPherson, Kansas 67460,    )

GREAT AMERICAN INSURANCE COMPANY  )
49 East 4th Street             )
Cincinnati, Ohio 45201,      )
   )
HARTFORD FIRE INSURANCE COMPANY,  )
690 Asylum Avenue           )
Hartford, Connecticut 06115,   )
   )
NAU COUNTRY INSURANCE COMPANY   )
7333 Sunwood Drive          )
Ramsey, Minnesota 55303,    )
   )
PRODUCERS LLOYDS INSURANCE COMPANY )
2025 S. Hughes Street        )
Amarillo, Texas 79105,      )
   )
RURAL COMMUNITY INSURANCE COMPANY )
3501 Thurston Avenue        )
Anoka, Minnesota 55303,    )
   )

|  |  |  |
|---|---|---|
| | Petitioners, | ) |
| | | ) |
| v. | | ) |
| | | ) |

**Civil Action No.**
**1:06CV01430 (RMU)**

FEDERAL CROP INSURANCE CORPORATION, )
A CORPORATION WITHIN THE UNITED   )
STATES DEPARTMENT OF AGRICULTURE, )
c/o U.S. Department of Agriculture  )
Office of the General Counsel     )
South Building, Room 2449      )
14th & Independence Avenue, S.W.   )
Washington, D.C. 20250,      )
   )
             Respondents.   )
_____ )

## ORDER

UPON CONSIDERATION of the defendant's consent motion and the entire record

herein, this Court orders the following briefing schedule:

December 20, 2006          dispositive motions due

January 31, 2007            oppositions to dispositive motions due

February 28, 2007          reply briefs due


_____

Judge Ricardo M. Urbina

United States District Judge

Dated: