IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action |
| FEDERAL CROP INSURANCE CORPORATION, | ) ) ) ) ) | No. 1:06-cv-01430-RMU |
| Defendant. | ) ) | |

## MOTION FOR ADMISSION FOR P. JOHN OWEN
## TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.2(d), Michael E. Tucci, Esquire, a member of the bar of this court, moves the admission of P. John Owen, Esquire, to appear *PRO HAC VICE* in the captioned proceeding as counsel for plaintiff. The Declaration of P. John Owen and a proposed Order are attached.

Respectfully submitted this 26 day of October, 2006.

_____
Michael E. Tucci (Bar No. 430470)
STINSON MORRISON HECKER LLP
1150 18th Street, N.W., Suite 800
Washington, DC 20036-3816
Tel: 202-785-9100
Fax: 202-785-9163

DB03/763432

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served via First Class U.S. Mail, postage pre-paid on this 26 day of October, 2006 upon the following:

Peter Smith, Esq.
Assistant United States Attorney
United States Attorneys' Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., Room 12010
Washington, D.C. 20005

*/s/*
Michael E. Tucci