IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FEDERAL CROP INSURANCE CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action<br><br>No. 1:06-cv-01430-RMU |

DECLARATION OF P. JOHN OWEN
IN SUPPORT OF *PRO HAC VICE* ADMISSION

I, P. John Owen, declare, under penalty of perjury, that the following statements are true and correct:

1. My full name is P. John Owen.

2. My office address is National Crop Insurance Services, Inc., 8900 Indian Creek Parkway, Suite 600, Overland Park, Kansas 66210; telephone number: 913-685-5425; facsimile number: 913-685-3080; and e-mail: johno@ag-risk.org.

3. I am a member in good standing of the Bars of the Supreme Court of Missouri; Supreme Court of Kansas; United States District Court for the Western District of Missouri; and United States District Court for the District of Kansas.

4. I have not been disciplined by any bar.

DB03/763432

5. During the two years immediately preceding the filing of the foregoing motion, I have been admitted *pro hac vice* in this Court in *National Crop Insurance Services, Inc. v. Occidental Fire & Casualty Company of North Carolina, et al.*, Civil Action No. 1:05-cv-01417-RWR.

6. I am not engaged in the practice of law from an office located in the District of Columbia.

7. I am not a member of the District of Columbia Bar.

_____
P. John Owen
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway, Suite 600
Overland Park, Kansas 66210
Tel: 913-685-5425
Fax: 913-685-3080
E-mail: johno@ag-risk.org

Dated: October 24, 2006