IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY et al., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action |
| FEDERAL CROP INSURANCE CORPORATION, | ) ) ) ) ) | No. 1:06-cv-01430-RMU |
| Defendant. | ) ) | |

## ORDER

This matter came before the Court on the Motion for Admission for P. John Owen To Appear *Pro Hac Vice*,

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that P. John Owen is admitted to appear *pro hac vice* in these proceedings.

Dated: _____          _____
                                Ricardo M. Urbina
                                United States District Judge

Copies to:

Michael E. Tucci
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036-3816

DB03/763432

P. John Owen
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210

Peter Smith, Esq.
Assistant United States Attorney
United States Attorneys' Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., Room 12010
Washington, D.C. 20005