IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.)<br>9200 Northpark Drive<br>Suite 300<br>Johnston, Iowa 50131,<br><br>ALLIANCE INSURANCE COMPANIES<br>1122 North Main<br>McPherson, Kansas 67460,<br><br>AMERICAN AGRICULTURAL INSURANCE COMPANY<br>1501 E. Woodfield Road<br>Suite 300W<br>Schaumburg, Illinois 60173,<br><br>AMERICAN GROWERS INSURANCE COMPANY IN LIQUIDATION<br>c/o Director<br>Nebraska Department of Insurance<br>941 O Street, Suite 400<br>Lincoln, Nebraska 68508,<br><br>COUNTRY MUTUAL INSURANCE COMPANY<br>1701 Towanda Avenue<br>Bloomington, Illinois 61702,<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY OF IOWA<br>5400 University Avenue<br>West Des Moines, Iowa 50266,<br><br>FARMERS ALLIANCE MUTUAL INSURANCE COMPANY<br>1122 North Main<br>McPherson, Kansas 67460, | Civil Action No.<br>1:06CV01430 (RMU) |

| | |
|---|---|
| **FARMERS MUTUAL HAIL INSURANCE COMPANY OF IOWA**<br>6785 Westown Parkway<br>West Des Moines, Iowa 50266<br><br>**GREAT AMERICAN INSURANCE COMPANY**<br>49 East 4th Street<br>Cincinnati, Ohio 45201,<br><br>**HARTFORD FIRE INSURANCE COMPANY,**<br>690 Asylum Avenue<br>Hartford, Connecticut 06115,<br><br>**NAU COUNTRY INSURANCE COMPANY**<br>7333 Sunwood Drive<br>Ramsey, Minnesota 55303,<br><br>**PRODUCERS LLOYDS INSURANCE COMPANY**<br>2025 S. Hughes Street<br>Amarillo, Texas 79105,<br><br>**RURAL COMMUNITY INSURANCE COMPANY**<br>3501 Thurston Avenue<br>Anoka, Minnesota 55303,<br><br>             **Petitioners,**<br><br>   v.<br><br>**FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE,**<br>c/o U.S. Department of Agriculture<br>Office of the General Counsel<br>South Building, Room 2449<br>14th & Independence Avenue, S.W.<br>Washington, D.C. 20250,<br><br>             **Respondents.** | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Civil Action No.<br>1:06CV01430 (RMU) |

PROPOSED ORDER

Upon consideration of respondent's motion, and the entire record herein, the Court adopts

the following briefing schedule:

| | |
|---|---|
| January 25, 2007 | dispositive motions due |
| March 8, 2007 | oppositions to dispositive motions due |
| April 5, 2007 | reply briefs due |

_____
Judge Ricardo M. Urbina
United States District Judge

Dated: