IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

ACE PROPERTY & CASUALTY INSURANCE          )
COMPANY (f/k/a CIGNA PROPERTY &            )
CASUALTY INSURANCE CO.)                     )
9200 Northpark Drive                        )
Suite 300                                   )
Johnston, Iowa 50131,                       )
                                            )
ALLIANCE INSURANCE COMPANIES                )
1122 North Main                             )
McPherson, Kansas 67460,                     )
                                            )
AMERICAN AGRICULTURAL INSURANCE             )
COMPANY                                      )        Civil Action No.
1501 E. Woodfield Road                      )        1:06CV01430 (RMU)
Suite 300W                                   )
Schaumburg, Illinois 60173,                  )
                                            )
AMERICAN GROWERS INSURANCE                   )
COMPANY IN LIQUIDATION                       )
c/o Director                                )
Nebraska Department of Insurance            )
941 O Street, Suite 400                     )
Lincoln, Nebraska 68508,                     )
                                            )
COUNTRY MUTUAL INSURANCE COMPANY            )
1701 Towanda Avenue                         )
Bloomington, Illinois 61702,                 )
                                            )
FARM BUREAU MUTUAL INSURANCE                )
COMPANY OF IOWA                              )
5400 University Avenue                      )
West Des Moines, Iowa 50266,                 )
                                            )
FARMERS ALLIANCE MUTUAL INSURANCE           )
COMPANY                                      )
1122 North Main                             )
McPherson, Kansas 67460,                     )

**FARMERS MUTUAL HAIL INSURANCE**    )
**COMPANY OF IOWA**    )
**6785 Westown Parkway**    )
**West Des Moines, Iowa 50266**    )
   )
**GREAT AMERICAN INSURANCE COMPANY**    )
**49 East 4th Street**    )
**Cincinnati, Ohio 45201,**    )
   )
**HARTFORD FIRE INSURANCE COMPANY,**    )
**690 Asylum Avenue**    )
**Hartford, Connecticut 06115,**    )
   )
**NAU COUNTRY INSURANCE COMPANY**    )
**7333 Sunwood Drive**    )
**Ramsey, Minnesota 55303,**    )
   )
**PRODUCERS LLOYDS INSURANCE COMPANY**    )
**2025 S. Hughes Street**    )
**Amarillo, Texas 79105,**    )
   )
**RURAL COMMUNITY INSURANCE COMPANY**    )
**3501 Thurston Avenue**    )
**Anoka, Minnesota 55303,**    )
   )
                    **Petitioners,**    )
   )
      **v.**    )   **Civil Action No.**
   )   **1:06CV01430 (RMU)**
**FEDERAL CROP INSURANCE CORPORATION,**    )
**A CORPORATION WITHIN THE UNITED**    )
**STATES DEPARTMENT OF AGRICULTURE,**    )
**c/o U.S. Department of Agriculture**    )
**Office of the General Counsel**    )
**South Building, Room 2449**    )
**14th & Independence Avenue, S.W.**    )
**Washington, D.C. 20250,**    )
   )
                    **Respondents.**    )
_____ )

<u>NOTICE OF FILING ADMINISTRATIVE RECORD</u>

On January 25, 2007, respondent intends to file its dispositive motions, in one omnibus filing.   With this notice, respondent files the Administrative Record (AR), in separate electronic PDF files.  Counsel will also arrange to have delivered, to the Court and to counsel for petitioners, a CD-ROM that contains all of the PDF files with the Administrative Record, as well as a hard copy of the Administrative Record.

The AgBCA prepared a list of entries in the Administrative Record (AR), for Folders 1 and 2.  The order of the entries was in reverse order from the documents themselves: the documents were listed in chronological order, from the earliest to the latest, but, the documents themselves were in the reverse of that order.

For the convenience of this Court and the parties, counsel for respondent prepared the Administrative Record for filing by including numbers at the bottom center of the page, and counsel also prepared a detailed Index to the Administrative Record (attached to this Notice).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/s David M. Cohen
DAVID M. COHEN
Director, Commercial Litigation Branch

Of Counsel:                        <u>s/s Jane W. Vanneman</u>

JEFFREY A. TAYLOR           JANE W. VANNEMAN

D.C. Bar #498610              D.C. BAR # 257121

PETER S. SMITH              Senior Trial Counsel

D.C. BAR #465131            United States Department of Justice

Assistant U.S. Attorney        Civil Division

Judiciary Center Building       Commercial Litigation Branch

555 Fourth St., N.W.          1100 L Street, N.W.

  Room E4224               Room 12010

Washington, D.C. 20530       Washington, D.C. 20005

(202) 307-0372              (202) 616-8283

                                 jane.vanneman@usdoj.gov

KIMBERLEY ARRIGO

Senior Counsel

United States Department of Agriculture

Office of the General Counsel

Washington, D.C.

January 25, 2007

## INDEX TO ADMINISTRATIVE RECORD[1]

Page

December 21, 2005 Board letter to Publisher
   with attached Ruling on Board Jurisdiction          2

April 8, 2005, Appellant letter providing requested information       40
   with attachments:
       1998 Standard Reinsurance Agreement (Rev. 6/29/00),
       Amendment No. 3 to the 1998 Standard Reinsurance Agreement
       (executed copy, July-August 2000)- Country Mutual       43
         with attached Statement of reservation of rights       47

       1998 Standard Reinsurance Agreement (Rev. 6/29/00),
       Amendment No. 3 to the 1998 Standard Reinsurance Agreement,
       (executed copy, June, August 2000), Iowa Farm Bureau       48
         with attached letter, June 30, 2000, reservation
         of rights       52

       Letter, August 6, 1998, from North Central Cop Insurance, Inc.       53
         to USDA/RMA, re Amendment #1 to 1998 SRA,
         with executed copies of Amendment #1 (adding five states
         to writing area, and reservation of rights), with
         attached Amendment #1, executed copy,       55

       Letter, August 12, 1998, from Rain and Hail to RMA,
         reservation of rights re Amendment #1       61

March 23, 2005, Board letter re telephonic conference for status       63

---

[1] The AgBCA prepared a list of entries in the Administrative Record (AR), for Folders 1 and 2. The order of the entries was in reverse order from the documents themselves: the documents were listed in chronological order, from the earliest to the latest, but, the documents themselves were in the reverse of that order.

Counsel for the Government prepared the Administrative Record for filing by including numbers at the bottom center of the page, and prepared this Index.

March 2, 2005, Appellant letter re rendered opinion
        (Ace Property & Casualty Insurance Company et al
        v. Federal Crop Insurance Corporation
        and Risk Management Agency,
        D.C. S.D. Iowa, No. 1:04-cv-40036        65

February 23, 2005, Government letter attaching opinion filed in United States
    District Court for the Southern District of Iowa    67
        with attached Order (February 10, 2005)    68

September 4, 2004, Government's reply to Plaintiffs' Opposition Brief
    Regarding Jurisdiction    91

August 25, 2004, Board letter giving extension    106

August 24, 2004, Letter from Government re extension to file reply    107

August 20, 2004, Appellant letter with attached Opposition Brief
    Regarding Jurisdiction    108

August 9, 2004, Board letter Acknowledging Brief Regarding Jurisdiction    129

August 5, 2004, Appellant letter re board jurisdiction    130

August 2, 2004, Letter from Government attaching Brief Regarding Jurisdiction    133
    with attachments:
        *Attachment 1*:
        Bulletin No.: MGR-98-018, from Kenneth D. Ackerman,
        Administrator, RMA, to All Reinsured Companies,
        All Risk Management Field Offices, All Other Interested Parties,
        June 30, 1998,
        Subject: 1998 Research Act
        and Amendment No. 1 to the 1998 SRA    152
        and Amendment No. 1. to the 1998 Standard Reinsurance Agreement    155

        *Attachment 2*:
        Bulletin No.: MGR-00-017, from Kenneth D. Ackerman,
        Administrator, RMA, to All Reinsured Companies,
        All Risk Management Field Offices, All Other Interested Parties,
        June 22, 2000, Subject:
        The Agriculture Risk Protection Act of 2000
        and Mandatory Amendment No. 3 to the 1998 Standard
        Reinsurance Agreement (SRA)    158
        and Amendment No. 3 to the 1998 Standard Reinsurance Agreement    161

*Attachment 3*:
<u>Ace Property & Casualty Insurance Company et al v. United States</u>,
No. 03-470C (Fed. Cl.), March 31, 2004, Opinion                                   165

*Attachment 4*:
Letter, May 11, 2004, from counsel (M. Tucci) for insurance companies to
Deputy Administrator for Insurance Services, RMA, re:
Amendment No. 1 and No. 3. to the Standard Reinsurance Agreement,
First Effective With the 1998 Reinsurance Year (starting July 1, 1997)          192

*Attachment 5*:
Letter, June 9, 2004, from Acting Deputy Administrator
for Insurance Services, RMA, to Mr. Tucci, re Amendments No. 1
and No. 3. to the Standard Reinsurance Agreement,                                195

July 1, 2004, Board docketing letter sent certified mail
(to M. Tucci; David Grahn, OGC; M. Hand (RMA)                                    198

January 19, 2006, Appellant Memorandum in Support of Motion for Reconsideration  202

February 21, 2006, Letter from counsel for insurance companies, M. Tucci to Board 219

March 1, 2006, Board letter to counsel (stay of scheduling of discovery,
prehearing proceedings)                                                          221

February 23, 2006, Government Memorandum in Opposition
to Appellants' Motion for Reconsideration                                        222

June 23, 2004, Letter from appellants' counsel to Board,                         247
with attached Notice of Appearance and Complaint

attached:
June 9, 2004, Letter from USDA, RMA, to M. Tucci                                 253

Notice of Appeal and Complaint                                                   256

Standard Reinsurance Agreement                                                   273

June 28, 2006, Board to Publishers,
with attached Board Ruling on Appellants' Motion for Reconsideration             308

March 15, 2006, Board to counsel for appellants and Government
    (acknowledging receipt of filings)    322

March 8, 2006, letter from appellants' counsel to board    323
    with attached Reply of Appellants to FCIC Memorandum
    in Opposition to Motion for Reconsideration    325

January 19, 2006, Appellants' Motion for Reconsideration    337