IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.) ET AL.<br>　　　　　Petitioners,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>　　　　　Respondents. | Civil Action No.<br>1:06CV01430 (RMU) |

PROPOSED ORDER

Upon consideration of respondent's motion, and the entire record herein, the Court adopts the following briefing schedule:

| | |
|---|---|
| April 23, 2007 | oppositions to dispositive motions due |
| May 15, 2007 | reply briefs due |

_____
Judge Ricardo M. Urbina
United States District Judge

Dated: