IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.) ET AL.<br>　　　　　Petitioners,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>　　　　　Respondents. | Civil Action No.<br>1:06CV01430 (RMU) |

RESPONDENT'S PROPOSED ORDER

This matter is before the Court on respondent's four dispositive motions:

1. Respondent's Motion for Summary Judgment on Counts I-VIII;

2. Respondent's Motion for Partial Dismissal For Failure To Exhaust Administrative Remedies for Counts X-XI;

3. Respondent's Motion for Partial Dismissal For Failure To State A Claim for Count IX; and

4. Respondent's Motion for Partial Dismissal of Petitioner Farmers Mutual Hail Insurance Company of Iowa For Failure To Exhaust Administrative Remedies

Upon consideration of these Motions, and Opposition thereto, the Court GRANTS

Respondent's Motions.

Accordingly, the Court grants respondent's motion for summary judgment on Count I-VIII, and dismisses Counts I-VIII with prejudice.

The Court grants respondent's motion for partial dismissal for Counts X-XI, and dismisses Counts X-XI with prejudice.

The Court grants respondent's motion for partial dismissal of Count IX, and dismisses Count IX with prejudice.

The Court grants respondent's motion for partial dismissal of petitioner Farmers Mutual Hail Insurance Company of Iowa, and dismisses the claim of this petitioner with prejudice.

**SO ORDERED**

Dated: _____  _____
　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

Jane W. Vanneman
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith, Esq.
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20250-1400

Michael E. Tucci, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
\Washington D.C. 20036-3816

P. John Owen
National Crop Insurance Servcies, Inc.
8900 Indian Creek Poarkway
Suite 600
Overland Park, Kansas 66210

Michael Davenport
Rain and Hail L.L.C.
9200 Northpark Drive
Suite 300
Johnston, IA 50131-3006