IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL. ) ) ) ) ) | |
| v. ) | Civil Action No. 1:06cv01430 RMU |
| ) FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE ) ) ) ) ) ) | |
| Defendant. ) _____ ) | |

## OPPOSITION TO THE MOTION OF
## FEDERAL CROP INSURANCE CORPORATION TO
## EXTEND BRIEFING SCHEDULE

Come the Plaintiffs Ace Property and Casualty Insurance Company, *et al.* ("Insurance Providers") and respectfully oppose the motion of the FCIC to amend the briefing schedule established pursuant to the Court's order of December 13, 2006.

1.   This action was filed on August 11, 2006. Several weeks after filing, in a conversation in September or October, 2006, counsel for the parties discussed their mutual belief that many of the issues in this matter could be resolved as a matter of law. At that time, counsel for the Insurance Providers indicated that the Plaintiffs were ready to file a motion for summary judgment at or around the time the FCIC's answer was due. In response, the FCIC requested that the parties agree to a briefing schedule for cross motions that would postpone the motions until December 20, 2006. The Insurance Providers reluctantly agreed to the proposed schedule which was memorialized in this Court's order of October 19, 2006.

2. Thereafter, FCIC sought to postpone further the dates previously agreed to for the briefing of dispositive motions. The Insurance Providers, having reluctantly waited until December to file their motions, refused to consent to such an extension. On FCIC's motion, the Court amended its previous order and established the briefing schedule currently in effect, with dispositive motions due and filed on January 25, 2007. FCIC's pending request, therefore, represents its third request to extend the deadlines in this matter. This request should be summarily denied.

3. This matter, along with the Insurance Providers' previous judicial efforts to obtain compensation as a result of the government's breach of contract, have been pending in a variety of forums for nearly four years. In nearly every case, the government has sought to delay a final determination of the Insurance Providers' breach of contract causes of action. The government has routinely requested extensions of time to file pleadings and briefs in the forums where these claims were previously pending.

4. The issues in this lawsuit have been repeatedly briefed in matters pending before the Department of Agriculture Board of Contract Appeals, the United States District Court for the Southern District of Iowa, and the United States Courts of Appeals for the Federal and Eighth Circuits. The issues are not new, and they are fully understood by the government. In fact, the government has responded to most of the claims pending herein on many occasions before. It is simply not necessary that the government be afforded more time to adequately respond to the issues raised herein.

5. The Insurance Providers note that they filed a 38 page brief as opposed to the 65 page brief filed by the government. The Insurance Providers have no difficulty in responding to the government's 65 pages of argument within the time previously requested by the government

and ordered by the Court. There is no reason the government should have any difficulty responding to the Insurance Providers' mere 38 pages in the allotted six weeks.

6. The current schedule provides the FCIC with six weeks to respond to the arguments raised in the Insurance Providers' motion. It has requested an extension of six and a half weeks more, which would give it nearly three months to respond to the arguments raised in a 38 page brief. The government's request borders on the outrageous. Had the government requested a reasonable extension, such as a week or ten days, the Insurance Providers' response likely would have been different. The Insurance Providers deserve to have their claims heard in an efficient and expeditious manner.

For the reasons more fully set forth herein, the Insurance Providers respectfully request that the Court deny the motion of the government to extend the briefing schedule previously established in this matter.

Respectfully submitted this 27th day of February, 2007.

        STINSON MORRISON HECKER LLP

        By: /s/ Michael E. Tucci
           Michael Tucci (Bar # 430470)
           1150 18th Street, N.W., Suite 800
           Washington, D.C. 20036
           (202) 785-9100
           Fax: (202) 785-9163

P. JOHN OWEN

By: /s/ P. John Owen by Michael E. Tucci
   P. John Owen (KS Bar #11835; MO Bar #22523)
    (Pro Hac Vice)
   National Crop Insurance Services, Inc.
   8900 Indian Creek Parkway, Suite 600
   Overland Park, KS  66210
   (913) 685-2767
   Fax:  (913) 685-3080

Counsel for All Plaintiffs


MICHAEL J. DAVENPORT


By: /s/ Michael J. Davenport by Michael E. Tucci
   Michael J. Davenport (IA Bar # 45345)
   Rain and Hail L.L.C.
   9200 Northpark Drive, Suite 300
   Johnston, IA  50131-3006
   (515) 559-1000
   Fax:  (515) 559-1001

Additional Counsel for Plaintiff ACE Property & Casualty Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of February, 2007, a copy of the foregoing Opposition To The Motion Of Federal Crop Insurance Corporation to Extend Briefing Schedule was sent via the Court's Electronic Case Filing notification system to the following:

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20530

                /s/ Michael E. Tucci