# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY )<br>INSURANCE COMPANY (f/k/a CIGNA )<br>PROPERTY & CASUALTY INSURANCE CO.), )<br>ET AL. )<br>  )<br>v. ) <br>  )<br>FEDERAL CROP INSURANCE )<br>CORPORATION, A CORPORATION WITHIN )<br>THE UNITED STATES DEPARTMENT OF )<br>AGRICULTURE )<br>  )<br>    Defendant. )<br>_____) | Civil Action No. 1:06cv01430 RMU |

## ORDER DENYING MOTION FOR EXTENSION OF TIME

This matter is before the Court on Respondent's Motion for Extension of Time to File Brief In Opposition to Petitioners' Motion for Partial Summary Judgment. Upon consideration of the Motion, and Opposition thereto, the Court denies Respondent's Motion.

**SO ORDERED.**

Dated: _____      _____
                                                              Ricardo M. Urbina
                                                              United States District Judge

Copies to:

Michael E. Tucci, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036-3816

P. John Owen, Esq.
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210

Michael J. Davenport, Esq.
Rain and Hail L.L.C.
9200 Northpark Drive
Suite 300
Johnston, IA 50131-3006

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith, Esq.
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20250-1400