IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.)<br>9200 Northpark Drive<br>Suite 300<br>Johnston, Iowa 50131,<br><br>ALLIANCE INSURANCE COMPANIES<br>1122 North Main<br>McPherson, Kansas 67460,<br><br>AMERICAN AGRICULTURAL INSURANCE COMPANY<br>1501 E. Woodfield Road<br>Suite 300W<br>Schaumburg, Illinois 60173,<br><br>AMERICAN GROWERS INSURANCE COMPANY IN LIQUIDATION<br>c/o Director<br>Nebraska Department of Insurance<br>941 O Street, Suite 400<br>Lincoln, Nebraska 68508,<br><br>COUNTRY MUTUAL INSURANCE COMPANY<br>1701 Towanda Avenue<br>Bloomington, Illinois 61702,<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY OF IOWA<br>5400 University Avenue<br>West Des Moines, Iowa 50266,<br><br>FARMERS ALLIANCE MUTUAL INSURANCE COMPANY<br>1122 North Main<br>McPherson, Kansas 67460,<br><br>FARMERS MUTUAL HAIL INSURANCE | Civil Action No.<br>1:06CV01430 (RMU) |

| | |
|---|---|
| COMPANY OF IOWA | ) |
| 6785 Westown Parkway | ) |
| West Des Moines, Iowa 50266 | ) |
| | ) |
| GREAT AMERICAN INSURANCE COMPANY | ) |
| 49 East 4th Street | ) |
| Cincinnati, Ohio 45201, | ) |
| | ) |
| HARTFORD FIRE INSURANCE COMPANY, | ) |
| 690 Asylum Avenue | ) |
| Hartford, Connecticut 06115, | ) |
| | ) |
| NAU COUNTRY INSURANCE COMPANY | ) |
| 7333 Sunwood Drive | ) |
| Ramsey, Minnesota 55303, | ) |
| | ) |
| PRODUCERS LLOYDS INSURANCE COMPANY | ) |
| 2025 S. Hughes Street | ) |
| Amarillo, Texas 79105, | ) |
| | ) |
| RURAL COMMUNITY INSURANCE COMPANY | ) |
| 3501 Thurston Avenue | ) |
| Anoka, Minnesota 55303, | ) |
| | ) |
|                 Petitioners, | ) |
| | ) |
|    v. | ) Civil Action No. |
| | ) 1:06CV01430 (RMU) |
| FEDERAL CROP INSURANCE CORPORATION, | ) |
| A CORPORATION WITHIN THE UNITED | ) |
| STATES DEPARTMENT OF AGRICULTURE, | ) |
| c/o U.S. Department of Agriculture | ) |
| Office of the General Counsel | ) |
| South Building, Room 2449 | ) |
| 14th & Independence Avenue, S.W. | ) |
| Washington, D.C. 20250, | ) |
| | ) |
|                 Respondent. | ) |
| | ) |

NOTICE OF FILING OF PROPOSED ORDER
FOR RESPONDENT'S FOUR DISPOSITIVE MOTIONS

On January 25, 2007, respondent filed four dispositive motions, including:

1. Respondent's Motion for Summary Judgment on Counts I-VIII;

2. Respondent's Motion for Partial Dismissal For Failure To Exhaust Administrative Remedies for Counts X-XI;

3. Respondent's Motion for Partial Dismissal For Failure To State A Claim for Count IX; and

4. Respondent's Motion for Partial Dismissal of Petitioner Farmers Mutual Hail Insurance Company of Iowa For Failure To Exhaust Administrative Remedies

At the time of the filing, counsel for respondent neglected to file a Proposed Order for these dispositive motions.

Therefore, respondent files this Notice of the filing of the Proposed Order for Respondent's Four Dispositive Motions, which is attached to this Notice of Filing.

               Respectfully submitted,

               PETER D. KEISLER
               Assistant Attorney General


               s/s Jeanne E. Davidson
               JEANNE E. DAVIDSON
               Acting Director
               Commercial Litigation Branch

| | |
|---|---|
| Of Counsel:<br>JEFFREY A. TAYLOR<br>D.C. BAR # 498610<br>United States Attorney<br>PETER S. SMITH<br>D.C. BAR #465131<br>Assistant U.S. Attorney<br>Judiciary Center Building<br>555 Fourth St., N.W.<br>  Room E4224<br>Washington, D.C. 20530<br>(202) 307-0372 | <u> s/s Jane W. Vanneman </u><br>JANE W. VANNEMAN<br>D.C. BAR #257121<br>Senior Trial Counsel<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>1100 L Street, N.W.<br>Room 12010<br>Washington, D.C. 20005<br>(202) 616-8283 |

KIMBERLEY ARRIGO
Senior Counsel
United States Department of Agriculture
Office of the General Counsel
Washington, D.C.

February 28, 2006