**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACE PROPERTY & CASUALTY )<br>INSURANCE COMPANY (f/k/a CIGNA )<br>PROPERTY & CASUALTY INSURANCE CO.), )<br>ET AL., )<br>　　　　　)<br>　　　Plaintiffs, )<br>v.　　　　　　　　　　　　　　　　　)<br>　　　　　)<br>FEDERAL CROP INSURANCE )<br>CORPORATION, )<br>　　　　　)<br>　　　Defendant. )<br>_____) | Civil Action No. 1:06cv01430 RMU |

**MOTION *INSTANTER* FOR LEAVE TO FILE BRIEF IN EXCESS OF
PAGE LIMITATIONS SET FORTH IN LOCAL RULE LCvR 7**

Plaintiffs ACE Property & Casualty Insurance Co., Inc., *et al.* (hereinafter "Insurance Providers") respectfully move the Court for an order allowing the Insurance Providers to file a brief in opposition to defendant's Motion to Dismiss and/or for Summary Judgment in excess of the page limitation provided for under Local Rule 7(e). In support of this motion, the Insurance Providers respectfully state:

　　　1.　　The Insurance Providers are responding in opposition to a 75-page motion and brief filed by the Federal Crop Insurance Corporation ("FCIC"). The FCIC's motion raises numerous complicated and inter-related issues involving Congressional Acts, executive agency authority and Constitutional issues involving a substantial federal program. Those issues require a thorough briefing.

2. The Insurance Providers have responded to the FCIC's motion as efficiently and succinctly as possible. However, in spite of their efforts, the Insurance Providers' Opposition brief exceeds the 45-page limitation by approximately 6 pages.

3. Obviously, no prejudice will result to the FCIC as a result of the Insurance Providers exceeding the page limitation, given that they have responded to an 75-page brief in substantially shorter form than the original filing.

4. Pursuant to LCvR 7(m), on May 9, 2007, Plaintiffs contacted counsel for the Defendant to seek their consent to the relief requested herein and FCIC has indicated that it does not oppose this motion.

Wherefore, the Insurance Providers respectfully request the Court enter an order allowing the filing of their opposition brief in excess of the page limitation of Local Rule 7(e).

Respectfully submitted this 10th day of May, 2007.

STINSON MORRISON HECKER LLP

By: /s/ Michael E. Tucci
Michael E. Tucci (Bar # 430470)
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 785-9100
Fax: (202) 785-9163

        P. JOHN OWEN

By: /s/ P. John Owen by Michael E. Tucci
    P. John Owen (KS Bar #11835; MO Bar #22523)
    (Pro Hac Vice)
    National Crop Insurance Services, Inc.
    8900 Indian Creek Parkway, Suite 600
    Overland Park, KS  66210
    (913) 685-2767
    Fax:  (913) 685-3080

Counsel for All Plaintiffs


        MICHAEL J. DAVENPORT

By: /s/ Michael J. Davenport by Michael E. Tucci
    Michael J. Davenport (IA Bar # 45345)
    Rain and Hail L.L.C.
    9200 Northpark Drive, Suite 300
    Johnston, IA  50131-3006
    (515) 559-1000
    Fax:  (515) 559-1001

Additional Counsel for Plaintiff ACE Property &
Casualty Insurance Company

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 10th day of May, 2007, a copy of the foregoing Motion *Instanter* For Leave To File Brief In Excess Of Page Limitations Set Forth In Local Rule LCvR 7 was sent via the Court's Electronic Case Filing notification system to the following:

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20530

                                            /s/ Michael E. Tucci
                                            Michael E. Tucci