## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL.<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>        Defendant. | Civil Action No. 1:06cv01430 RMU |

## ORDER GRANTING MOTION INSTANTER FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS UNDER LOCAL RULE LCvR 7

For good cause shown, Plaintiffs ACE Property & Casualty Insurance Co., Inc., *et al.'s* motion to exceed page limitations is granted and the Clerk is directed to file Plaintiffs' opposition brief to the Motion to Dismiss and/or for Summary Judgment.

**SO ORDERED.**

Dated: _____   _____
                                                                               Ricardo M. Urbina
                                                                               United States District Judge

Copies to:

Michael E. Tucci, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036-3816

P. John Owen, Esq.
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210

Michael J. Davenport, Esq.
Rain and Hail L.L.C.
9200 Northpark Drive
Suite 300
Johnston, IA 50131-3006

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith, Esq.
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20250-1400