IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.) ET AL.<br>Petitioners,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Respondents. | Civil Action No.<br>1:06CV01430 (RMU) |

PROPOSED ORDER

Upon consideration of respondent's motion on behalf of the parties and the entire record herein, the Court adopts the following briefing schedule:

July 2, 2007            reply briefs due

_____
Judge Ricardo M. Urbina
United States District Judge

Dated: