IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL., )<br><br>Plaintiffs, )<br>v. )<br>FEDERAL CROP INSURANCE CORPORATION, )<br><br>Defendant. ) | Civil Action No. 1:06cv01430 RMU |

**CONSENT MOTION TO AMEND MINUTE ORDER
ENTERED MAY 18, 2007**

Come the parties, ACE Property & Casualty Insurance Co., Inc., *et al.* (hereinafter "Petitioners") and the Federal Crop Insurance Corporation ("Respondents") and hereby request that the Court amend the Minute Order entered May 18, 2007 and respectfully state as follows:

1.      This matter is before the Court on dispositive motions filed by the parties. The parties have been proceeding under a simultaneous briefing schedule, which has been amended from time to time. Motions and Oppositions have been filed by the parties with replies due, under the schedule as previously amended on June 4, 2007.

2.      On May 17, 2007, Respondents filed a consent motion to extend the deadline for the reply briefs of the parties to July 2, 2007. A proposed order indicating that the reply briefs of the parties would be due July 2, 2007 was submitted with the motion.

3.      On May 18, 2007, the Court entered a Minute Order granting the Respondent's motion. However, in the Minute Order granting Respondent's motion, the Court indicated that "Respondent's reply brief is due on or before July 2, 2007." Consistent with past practices, the consent motion filed by the Respondents as well as the parties agreement contemplated a continuation of the simultaneous briefing schedule and that the Respondent's and Petitioners' replies would be extended to July 2, 2007. Accordingly, the parties request that the Court amend the Minute Order to simply reflect that all parties' replies are now due on or before July 2, 2007.

Respectfully submitted this 31st day of May, 2007.

STINSON MORRISON HECKER LLP

By: /s/ Michael E. Tucci
    Michael E. Tucci (Bar # 430470)
    1150 18th Street, N.W., Suite 800
    Washington, D.C. 20036
    (202) 785-9100
    Fax: (202) 785-9163

P. JOHN OWEN

By: /s/ P. John Owen by Michael E. Tucci
    P. John Owen (KS Bar #11835; MO Bar #22523)
    (Pro Hac Vice)
    National Crop Insurance Services, Inc.
    8900 Indian Creek Parkway, Suite 600
    Overland Park, KS  66210
    (913) 685-2767
    Fax:  (913) 685-3080

Counsel for All Plaintiffs

MICHAEL J. DAVENPORT

By: /s/ Michael J. Davenport by Michael E. Tucci
    Michael J. Davenport (IA Bar # 45345)
    Rain and Hail L.L.C.
    9200 Northpark Drive, Suite 300
    Johnston, IA  50131-3006
    (515) 559-1000
    Fax:  (515) 559-1001

Additional Counsel for Plaintiff ACE Property &
Casualty Insurance Company


PETER D. KEISLER
Assistant Attorney General

/s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Acting Director
Commercial Litigation Branch


/s/ Jane W. Vanneman,
Jane W. Vanneman (D.C. Bar #257121)
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005
Tel: (202) 616-8283

Counsel for Federal Crop Insurance Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May, 2007, a copy of the foregoing Consent Motion To Amend Minute Order Entered May 18, 2007 was sent via the Court's Electronic Case Filing notification system to the following:

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20530

                                                /s/ Michael E. Tucci
                                                Michael E. Tucci