IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.) ET AL.<br>　　　　　Petitioners,<br><br>　　v.<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>　　　　　Respondents. | Civil Action No.<br>1:06CV01430 (RMU) |

PROPOSED ORDER

　　Upon consideration of respondent's motion on behalf of the parties and the entire record herein, the Court adopts the following briefing schedule:

　　August 8, 2007　　　　　　　　reply briefs due


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Judge Ricardo M. Urbina
　　　　　　　　　　　　　　　　　United States District Judge

Dated: