**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ACE PROPERTY & CASUALTY )<br>INSURANCE COMPANY (f/k/a CIGNA )<br>PROPERTY & CASUALTY INSURANCE CO.), )<br>ET AL. )<br>          )<br>     Plaintiffs,   )<br>          )<br>v.        )<br>          )<br>FEDERAL CROP INSURANCE )<br>CORPORATION, A CORPORATION WITHIN )<br>THE UNITED STATES DEPARTMENT OF )<br>AGRICULTURE )<br>          )<br>     Defendant.  )<br>_____) | Civil Action No. 1:06cv01430 RMU |

**OPPOSITION TO RESPONDENT'S SECOND MOTION
FOR AN ENLARGEMENT OF TIME WITHIN
WHICH TO FILE REPLY BRIEF**

The Plaintiffs, Ace Property and Casualty Insurance Company, *et al.* ("Insurance Providers"), respectfully oppose the motion for an extension of time within which to file reply briefs filed by the Federal Crop Insurance Corporation ("FCIC").

FCIC has again requested an extension of the briefing schedule, which has already been extended on numerous occasions. Indeed, this is the fourth contested request for an extension filed by the FCIC. A number of other extensions have been discussed and agreed to by the parties resulting in the briefing schedule originally adopted being amended seven times.

The Insurance Providers sympathize with the plight of counsel for the FCIC in that it appears that her office is understaffed. As demonstrated by FCIC's motion, this is not the only case in which counsel for the FCIC has responsibility. Numerous other matters are listed as

justification for an extension of time in this instance.  Indeed, after the parties opposition briefs were filed in this matter on May 10, 2007, counsel for Insurance Providers contacted counsel for the FCIC, assuming that an extension would be requested and the parties agreed to extend the existing deadline from June 4, 2007 to July 2, 2007.  With the requested extension, the FCIC will have nearly 90 days to file its reply brief.  Given the number of extensions sought and granted in this case, the Insurance Providers respectfully suggest that the other matters for which counsel is responsible should be extended, so that this case can move forward to a determination on the merits.

In any event, FCIC has not stated reasons amounting to good cause for a five-week extension of the current schedule.  However, as stated above, Insurance Providers are sensitive to counsel's workload constraints and would agree to a more reasonable extension in the order of two to three weeks.  The Insurance Providers request that whatever extension is granted by the Court, if any, be made expressly applicable to all parties, as they have agreed that the matter should be simultaneously briefed.

Respectfully submitted this 25th day of June, 2007.

                                              STINSON MORRISON HECKER LLP


                                      By: /s/ Michael E. Tucci
                                            Michael Tucci (Bar # 430470)
                                            1150 18th Street, N.W., Suite 800
                                            Washington, D.C. 20036
                                            (202) 785-9100; Fax: (202) 785-9163

        P. JOHN OWEN


By: <u>/s/ P. John Owen by Michael E. Tucci</u>
    P. John Owen (KS Bar #11835; MO Bar #22523)
    (Pro Hac Vice)
    National Crop Insurance Services, Inc.
    8900 Indian Creek Parkway, Suite 600
    Overland Park, KS 66210
    (913) 685-2767; Fax: (913) 685-3080

Counsel for All Plaintiffs



MICHAEL J. DAVENPORT


By: <u>/s/ Michael J. Davenport by Michael E. Tucci</u>
    Michael J. Davenport (IA Bar # 45345)
    Rain and Hail L.L.C.
    9200 Northpark Drive, Suite 300
    Johnston, IA 50131-3006
    (515) 559-1000; Fax (515) 559-1001

Additional Counsel for Plaintiff ACE Property & Casualty Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of June, 2007, a copy of the foregoing Opposition To Respondent's Second Motion For An Enlargement Of Time Within Which To File Reply Brief was sent via the Court's Electronic Case Filing notification system to the following:

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20530

                                            /s/ Michael E. Tucci