## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY )<br>INSURANCE COMPANY (f/k/a CIGNA )<br>PROPERTY & CASUALTY INSURANCE CO.), )<br>ET AL. )<br>       )<br>       Plaintiffs, )<br>       )<br>v.     ) <br>       )<br>FEDERAL CROP INSURANCE )<br>CORPORATION, A CORPORATION WITHIN )<br>THE UNITED STATES DEPARTMENT OF )<br>AGRICULTURE )<br>       )<br>       Defendant. )<br>_____) | Civil Action No. 1:06cv01430 RMU |

## ORDER DENYING SECOND MOTION FOR ENLARGEMENT OF TIME

This matter is before the Court on Respondent's Second Motion for an Enlargement of Time Within Which To File Reply Brief. Upon consideration of the Motion, and Opposition thereto, the Court denies Respondent's Motion.

**SO ORDERED.**

Dated: _____        _____
                                     Ricardo M. Urbina
                                     United States District Judge

Copies to:

Michael E. Tucci, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036-3816

DB02/763432.0008/7642704.1

P. John Owen, Esq.
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210

Michael J. Davenport, Esq.
Rain and Hail L.L.C.
9200 Northpark Drive
Suite 300
Johnston, IA 50131-3006

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith, Esq.
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20250-1400