IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL.<br>　　　　　　Petitioners,<br><br>　　v.<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE, c/o U.S. Department of Agriculture Office of the General Counsel South Building, Room 2449 14th & Independence Avenue, S.W. Washington, D.C. 20250,<br><br>　　　　　　Respondent. | Civil Action No.<br>1:06CV01430 (RMU) |

RESPONDENT'S REPLY TO PETITIONERS' RESPONSE
TO OUR SECOND MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO FILE REPLY BRIEF

In our motion, we provided several reasons in support of our motion for more time, to August 8, 2007, within which to file our reply brief. In petitioners' opposition, petitioners express that they are sensitive to the caseload of counsel for the Government and essentially, petitioners would agree to a two to three week extension (or, to approximately July 16 or July 23, 2007). They suggest that other matters for which Government counsel is responsible should be extended.

However, as explained in our motion, counsel has already extended, as much as possible,

all other matters. After two extensions of time, our appellate brief, Addendum and Joint Appendix (which will be multiple volumes) are due on Monday, July 2, 2007, in <u>American Growers Insurance Co. v. Federal Crop Ins.Corp.</u>, Nos.07-1655, 07-1749 (8th Cir.), with no further extensions. In addition, given the short deadlines for any possible petition for rehearing or further review, counsel was required to complete the memorandum for the Solicitor General in <u>Carabetta Enterprises v. United States</u>, 492 F.3d 1360 (Fed. Cir. 2007). The Government will seek no further review in that case. Similarly, the memorandum for the Solicitor General in <u>GHS Health Maintenance Organization, Inc. et al v. United States</u>, No. 01-517, 05-371, 05-963 (Fed. Cl.), 2007 WL 1160323, is in process, with any notice of appeal due to be filed by July 10, 2007. Counsel also has had, and will continue to have, significant family responsibilities during this time with two elderly parents, for which some matters cannot be postponed.[1]

Therefore, counsel of record has not had, and will not have, time to complete the Government's reply brief in this case by July 2, 2007. Moreover, agency counsel has numerous responsibilities during this time and will be out of the office from July 18-22.[2] Given the complexity of the numerous and novel issues in this case, counsel for the Government is required to consult with agency counsel about these complex crop insurance and other matters.

Allowing the additional time will enable Government counsel to consult fully with agency counsel, to secure the appropriate and required review within the office, and to prepare a

---

[1] In addition, counsel has long-standing plans to be out of the office from July 4-13, 2007, and also from July 23-27, 2007, with a significant and non-refundable financial deposit made months ago.

[2] Agency counsel will be out of her office July 18-22, 2007 and for one week (not yet determined) in August.

comprehensive reply brief, that should ultimately assist the Court in deciding the case. There is no prejudice because there is no other schedule in this case other than the briefing schedule on the dispositive motions.

Finally, we agree with petitioners that whatever extension the Court grants be made expressly applicable to all parties, as the parties agreed at the beginning of the briefing schedule that there would be simultaneous briefs.

CONCLUSION

For the foregoing reasons, respondent respectfully requests that this Court grant respondent an enlargement of time to August 8, 2007, and the same amount of time to petitioners, within which to file reply briefs.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    s/s Jeanne E. Davidson
    JEANNE E. DAVIDSON
    Director
    Commercial Litigation Branch

| Of Counsel: | s/s Jane W. Vanneman |
|---|---|
| JEFFREY A. TAYLOR | JANE W. VANNEMAN |
| D.C. BAR # 498610 | D.C. BAR #257121 |
| United States Attorney | Senior Trial Counsel |
| PETER S. SMITH | United States Department of Justice |
| D.C. BAR #465131 | Civil Division |
| Assistant U.S. Attorney | Commercial Litigation Branch |
| Judiciary Center Building | 1100 L Street, N.W. |
| 555 Fourth St., N.W. | Room 12010 |
|   Room E4224 | Washington, D.C. 20005 |
| Washington, D.C. 20530 | (202) 616-8283 |
| (202) 307-0372 | |

KIMBERLEY ARRIGO
Senior Counsel
United States Department of Agriculture
Office of the General Counsel
Washington, D.C.