# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ACE PROPERTY & CASUALTY )
INSURANCE COMPANY (f/k/a CIGNA )
PROPERTY & CASUALTY INSURANCE CO.), )
ET AL., )
                                                  )
       Plaintiffs, )
v. )    Civil Action No. 1:06cv01430 RMU
                                                  )
FEDERAL CROP INSURANCE )
CORPORATION, )
                                                  )
      Defendant. )
_____)

## MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF
## PAGE LIMITATIONS SET FORTH IN LOCAL RULE LCvR 7

      Plaintiffs ACE Property & Casualty Insurance Co., Inc., *et al.* (hereinafter "Insurance Providers") respectfully move the Court for an order allowing the Insurance Providers to file the attached reply brief to the opposition of defendant Federal Crop Insurance Corporation ("FCIC") in excess of the page limitation provided for under Local Rule 7(e).  In support of this motion, the Insurance Providers respectfully state:

      1.     The Insurance Providers are replying to a 57-page opposition brief filed by FCIC. The FCIC's opposition raises numerous complicated and inter-related issues involving Congressional Acts, executive agency authority and Constitutional issues involving a substantial federal program.  Those issues require a thorough briefing.

2.     The Insurance Providers have replied to the FCIC's opposition as efficiently and succinctly as possible. However, in spite of their efforts, the Insurance Providers' Opposition brief exceeds the 25-page limitation by approximately 10 pages.

3.     No prejudice will result to the FCIC as a result of the Insurance Providers exceeding the page limitation, given that they have replied to a 57-page brief in substantially shorter form than the original filing.

4.     Pursuant to LCvR 7(m), on July 19, 2007, Plaintiffs contacted counsel for the Defendant to seek their consent to the relief requested herein and FCIC has indicated that it does not oppose this motion.

Wherefore, the Insurance Providers respectfully request the Court enter an order allowing the filing of the attached reply brief in excess of the page limitation of Local Rule 7(e).

Respectfully submitted this 20th day of July, 2007.

STINSON MORRISON HECKER LLP

By: /s/ Michael E. Tucci
   Michael E. Tucci (Bar # 430470)
   1150 18th Street, N.W., Suite 800
   Washington, D.C. 20036
   (202) 785-9100
   Fax: (202) 785-9163

P. JOHN OWEN


By: /s/ P. John Owen by Michael E. Tucci
    P. John Owen (KS Bar #11835; MO Bar #22523)
     (Pro Hac Vice)
    National Crop Insurance Services, Inc.
    8900 Indian Creek Parkway, Suite 600
    Overland Park, KS  66210
    (913) 685-2767
    Fax:  (913) 685-3080

Counsel for All Plaintiffs




MICHAEL J. DAVENPORT


By: /s/ Michael J. Davenport by Michael E. Tucci
    Michael J. Davenport (IA Bar # 45345)
    Rain and Hail L.L.C.
    9200 Northpark Drive, Suite 300
    Johnston, IA  50131-3006
    (515) 559-1000
    Fax:  (515) 559-1001

Additional Counsel for Plaintiff ACE Property & Casualty Insurance Company

## CERTIFICATE OF SERVICE

  I hereby certify that on the 20th day of July, 2007, a copy of the foregoing Motion For Leave To File Brief In Excess Of Page Limitations Set Forth In Local Rule LCvR 7 was sent via the Court's Electronic Case Filing notification system to the following:

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20530

              /s/ Michael E. Tucci
              Michael E. Tucci