IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL. )<br><br>v. )<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE )<br><br>        Defendant. ) | Civil Action No. 1:06cv01430 RMU |

**ORDER GRANTING MOTION FOR LEAVE TO
FILE BRIEF IN EXCESS OF PAGE LIMITATIONS
UNDER LOCAL RULE LCvR 7**

For good cause shown, Plaintiffs ACE Property & Casualty Insurance Co., Inc., *et al.'s* motion to exceed page limitations is granted and the Clerk is directed to file Plaintiffs' reply brief to FCIC's Opposition to Plaintiff's Motion For Partial Summary Judgment which is attached to the Motion.

    **SO ORDERED.**

Dated: _____      _____
                                                                 Ricardo M. Urbina
                                                                  United States District Judge

Copies to:

Michael E. Tucci, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036-3816

P. John Owen, Esq.
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210

Michael J. Davenport, Esq.
Rain and Hail L.L.C.
9200 Northpark Drive
Suite 300
Johnston, IA 50131-3006

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith, Esq.
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20250-1400