IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL.,<br><br>Petitioners,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION,<br><br>Respondent. | Civil Action No.<br>1:06CV01430 (RMU) |

RESPONDENT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO FILE RESPONDENT'S OPPOSITION
TO PETITIONERS' MOTION TO STRIKE PORTIONS
OF RESPONDENT'S REPLY TO PETITIONERS' OPPOSITION TO
RESPONDENT'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT

Respondent respectfully files this motion requesting that this Court grant respondent an enlargement of time of seven days, to and including August 17, 2007, within which to file respondent's opposition to petitioners' motion to strike portions of respondent's reply to petitioners' opposition to respondent's motion to dismiss and/or for summary judgment (opposition brief). Respondent's brief currently is due on August 10, 2007. This is the first request for an enlargement of time for this purpose. Counsel for petitioner insurance companies, and respondent Federal Crop Insurance Corporation ("FCIC"), have consulted pursuant to LcvR 7(m) about the proposed schedule. Petitioners consent to our motion.

In late July, petitioners filed three major briefs in this case, and counsel for respondents and agency counsel are required to review all of them, some with attachments, during this time. On July 27, 2007, petitioners moved to strike portions of our reply brief on the merits. (Document 40).  On July 20, 2007, petitioners filed their reply brief on the merits, which included a declaration from Mr. Kenneth Ackerman (a former agency official).  (Document 38-2).  Petitioners also filed, on July 27, 2007, their opposition to respondent's motion to strike petitioners' four declarations submitted with their opposition to respondent's motion to dismiss and/or for summary judgment (Document 41).  We intend to file our brief in reply to this opposition on Monday, August 6, 2007.

Given these filings, we require additional time within which to review petitioners' motion to strike, review filings to date in this case relating to the dispositive motions, conduct legal research on several issues, review the materials submitted with the filings (including the declaration from Mr. Kenneth Ackerman), and draft our opposition brief.  We also require additional time to consult with agency counsel and officials within FCIC and the Risk Management Agency ("RMA").  In this regard, one of the officials at RMA with whom Government counsel are consulting will be out of the office from August 2 through August 14, 2007, and counsel will be unable to consult with her until her return to the office.  After our brief is prepared, we require time for review within the Department of Justice, Commercial Litigation Branch, before we are able to file our opposition brief.

Counsel for respondent also has other responsibilities during this time.  Counsel anticipates that American Growers Insurance Company will file its brief in the United States

Court of Appeals for the Eighth Circuit in mid-August (on or about August 15, 2007) in American Growers Insurance Co. v. Fed. Crop Ins. Corp., Nos. 07-1655, 07-1749 (8th Cir.). Upon receipt, counsel will be required immediately to review it to determine the nature and extent of work required to prepare our reply brief, to review again a voluminous appendix (28 volumes), and also to consult with agency counsel. In addition, counsel is responsible for matters relating to the Government's appeal in GHS Bluelincs Health Maintenance Organization, Inc. et al. v. United States, No. 2007-5143 (Fed. Cir.)(docketing statement due mid-August; designation of appendix materials).[1]

For the foregoing reasons, respondent respectfully requests that this Court grant respondent's motion and permit respondent to file its opposition brief on August 17, 2007.

                Respectfully submitted,

                PETER D. KEISLER
                Assistant Attorney General

                s/s Jeanne E. Davidson
                JEANNE E. DAVIDSON
                Director
                Commercial Litigation Branch

---

[1] Counsel for respondent also has previously-scheduled plans to be out of the office on August 4 and 10-14, 2007.

| | |
|---|---|
| Of Counsel: | s/s Jane W. Vanneman |
| JEFFREY A. TAYLOR | JANE W. VANNEMAN |
| D.C. BAR # 498610 | D.C. BAR #257121 |
| United States Attorney | Senior Trial Counsel |
| PETER S. SMITH | United States Department of Justice |
| D.C. BAR #465131 | Civil Division |
| Assistant U.S. Attorney | Commercial Litigation Branch |
| Judiciary Center Building | 1100 L Street, N.W. |
| 555 Fourth St., N.W. | Room 12010 |
|   Room E4224 | Washington, D.C. 20005 |
| Washington, D.C. 20530 | (202) 616-8283 |
| (202) 307-0372 | |

KIMBERLEY ARRIGO
Senior Counsel
United States Department of Agriculture
Office of the General Counsel
Washington, D.C.

August 2, 2007

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 2., 2007, I filed a copy of this motion, "RESPONDENT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONDENT'S OPPOSITION TO PETITIONERS' MOTION TO STRIKE PORTIONS OF RESPONDENT'S REPLY TO PETITIONERS' OPPOSITION TO RESPONDENT'S MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT, pursuant to the Court's electronic filing (ECF) system.

s/s Jane W. Vanneman

Mr. Michael Tucci
Stinson, Morrison Hecker
1150 18th St NW, Suite 800
Washington DC 20036