## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.) ET AL.<br>Petitioners,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>1:06CV01430 (RMU) |

### PROPOSED ORDER

Upon consideration of respondent's unopposed motion, the Court grants respondent until

August 17, 2007, within which to file respondent's opposition to petitioners' motion to strike

portions of respondent's reply to petitioners' opposition to respondent's motion to dismiss and/or

for summary judgment..

_____

Judge Ricardo M. Urbina
United States District Judge

Dated: