IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL. )<br><br>Plaintiffs, )<br><br>v. )<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE )<br><br>Defendant. ) | Civil Action No. 1:06cv01430 RMU |

**ERRATA**

On July 27, 2007, Plaintiffs filed their Motion to Strike Portions of Respondent's Reply To Petitioners' Opposition to Respondent's Motion to Dismiss and/or For Summary Judgment (Docket Entry No. 40) and did not attach a proposed order. Accordingly, the proposed order is attached.

Respectfully submitted this 8th day of August, 2007.

                                  STINSON MORRISON HECKER LLP

                                  By: /s/ Michael E. Tucci
                                      Michael E. Tucci (Bar # 430470)
                                      1150 18th Street, N.W., Suite 800
                                      Washington, D.C. 20036
                                      (202) 785-9100
                                      Fax: (202) 785-9163

                                Counsel for All Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th day of August, 2007, a copy of the foregoing Errata was sent via the Court's Electronic Case Filing notification system to the following:

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20530

                                                /s/ Michael E. Tucci
                                                Michael E. Tucci