# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACE PROPERTY & CASUALTY<br>INSURANCE COMPANY (f/k/a CIGNA<br>PROPERTY & CASUALTY INSURANCE CO.),<br>ET AL. | )<br>)<br>)<br>) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:06cv01430 RMU |
| | ) | |
| FEDERAL CROP INSURANCE<br>CORPORATION, A CORPORATION WITHIN<br>THE UNITED STATES DEPARTMENT OF<br>AGRICULTURE | )<br>)<br>)<br>) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE

Upon consideration of Plaintiffs' Motion to Strike Portions of Respondent's Reply to

Petitioners' Opposition to Respondent's Motion to Dismiss And/Or for Summary Judgment, and

any opposition thereto, the Plaintiffs' Motion is hereby granted.

**SO ORDERED.**


Dated: _____          _____
                                            Ricardo M. Urbina
                                            United States District Judge


Copies to:

Michael E. Tucci, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036-3816

DB02/763432.0008/7725485.1

P. John Owen, Esq.
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210

Michael J. Davenport, Esq.
Rain and Hail L.L.C.
9200 Northpark Drive
Suite 300
Johnston, IA 50131-3006

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith, Esq.
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20250-1400

DB02/763432.0008/7725485.1