IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL.,<br><br>Petitioners,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION,<br><br>Respondent. | Civil Action No.<br>1:06CV01430 (RMU) |

PROPOSED ORDER

Upon consideration of Respondent's Opposition to Petitioners' Motion To Strike Portions of Respondent's Reply to Petitioners' Opposition to Respondent's Motion to Dismiss And/Or For Summary Judgment and also of Respondent's Motion To Strike Declaration of Mr. Kenneth Ackerman, and Respondent's Alternative Motion For Leave To Submit The Declaration of Mr. Tim Witt,

this Court DENIES petitioners' motion to strike portions of respondent's reply brief, GRANTS respondent's motion to strike the declaration of Mr. Kenneth Ackerman, and alternatively, also GRANTS respondent's motion for leave to submit the declaration of Mr. Tim Witt.

_____-

Judge Ricardo Urbina

United States District Court Judge

Dated: _____