IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>Defendant. | Civil Action No. 1:06cv01430 RMU |

**PLAINTIFFS' CONSENT MOTION TO EXTEND TIME**

Plaintiffs respectfully file this motion requesting that this Court grant plaintiffs an enlargement of time to and including September 10, 2007, within which to file: (a) Plaintiffs' Reply to Respondent's Opposition to Petitioner's Motion to Strike Portions of Respondent's Reply to Petitioners' Opposition to Respondent's Motion to Dismiss and/or for Summary Judgment, and (b) Plaintiffs' Opposition to Respondent's Motion to Strike Declaration of Mr. Kenneth Ackerman; Alternatively, Respondent's Motion for Leave to Submit Declaration of Mr. Tim Witt, Risk Management Agency.

Plaintiffs received Respondent's Opposition and Motion to Strike on Friday, August 17, 2007. These pleadings are approximately twenty pages in length and include a substantial appendix, including a 10-page declaration. Plaintiffs' counsel has conferred with Respondent's counsel and Respondent consents to plaintiffs filing their Reply and Opposition simultaneously on September 10, 2007. This is the first request for an enlargement of time for this purpose.

For the foregoing reasons, plaintiffs respectfully request that this Court grant plaintiffs' motion and permit plaintiffs to file their reply and opposition on September 10, 2007.

Respectfully submitted this 24th day of August, 2007.

        STINSON MORRISON HECKER LLP

By: /s/ Michael E. Tucci
   Michael E. Tucci (Bar # 430470)
   1150 18th Street, N.W., Suite 800
   Washington, D.C. 20036
   (202) 785-9100
   Fax: (202) 785-9163

P. JOHN OWEN

By: /s/ P. John Owen by Michael E. Tucci
   P. John Owen (KS Bar #11835; MO Bar #22523)
   (Pro Hac Vice)
   National Crop Insurance Services, Inc.
   8900 Indian Creek Parkway, Suite 600
   Overland Park, KS 66210
   (913) 685-2767
   Fax: (913) 685-3080

Counsel for All Plaintiffs

MICHAEL J. DAVENPORT

By: /s/ Michael J. Davenport by Michael E. Tucci
   Michael J. Davenport (IA Bar # 45345)
   Rain and Hail L.L.C.
   9200 Northpark Drive, Suite 300
   Johnston, IA 50131-3006
   (515) 559-1000
   Fax: (515) 559-1001

Additional Counsel for Plaintiff ACE Property & Casualty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2007, a copy of the foregoing Plainttiffs' Consent Motion to Extend Time was sent via the Court's Electronic Case Filing notification system to the following:

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20530

/s/ Michael E. Tucci
Michael E. Tucci