IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL.<br><br>   Plaintiffs,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE<br><br>   Defendant. | Civil Action No. 1:06cv01430 RMU |

## ORDER DENYING RESPONDENT'S MOTION TO STRIKE DECLARATION OF MR. KENNETH ACKERMAN

Upon consideration of Respondent's Motion to Strike Declaration of Mr. Kenneth Ackerman, and Opposition thereto, the Respondent's Motion is hereby denied.

**SO ORDERED.**

Dated: _____    _____
                  Ricardo M. Urbina
                  United States District Judge

Copies to:

Michael E. Tucci, Esq.
Stinson Morrison Hecker LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036-3816

P. John Owen, Esq.
National Crop Insurance Services, Inc.
8900 Indian Creek Parkway
Suite 600
Overland Park, Kansas 66210

Michael J. Davenport, Esq.
Rain and Hail L.L.C.
9200 Northpark Drive
Suite 300
Johnston, IA 50131-3006

Jane W. Vanneman, Esq.
Senior Trial Counsel
United States Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Room 12010
Washington, D.C. 20005

Peter Smith, Esq.
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4224
Washington, D.C. 20250-1400