IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.), ET AL.,<br><br>Petitioners,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION,<br><br>Respondent. | Civil Action No. 1:06CV01430 (RMU) |

RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE RESPONDENT'S REPLY TO PETITIONERS'
OPPOSITION TO RESPONDENT'S MOTION TO STRIKE
DECLARATION OF MR. KENNETH ACKERMAN SUBMITTED
WITH PETITIONERS' REPLY BRIEF ON DISPOSITIVE MOTIONS

Respondent respectfully files this motion requesting that this Court grant respondent an enlargement of time of 11 days, to and including September 25, 2007, within which to file respondent's reply (reply brief) to petitioners' opposition to respondent's motion to strike the declaration of Mr. Kenneth Ackerman that petitioners submitted with petitioners' reply brief on the dispositive motions (petitioners' opposition brief). Respondent's reply brief currently is due on September 14, 2007. This is the first request for an enlargement of time for this purpose. Counsel for petitioner insurance companies, and respondent Federal Crop Insurance Corporation ("FCIC"), have consulted pursuant to LcvR 7(m) about the proposed schedule. Petitioners do not

consent to this motion but will not file an opposition.

Counsel requires the additional time for several reasons. Immediately upon receipt of petitioners' opposition brief (by electronic filing on the afternoon of Wednesday, September 4, 2007), counsel reviewed petitioners' opposition brief and read most of the new cases cited in it, to determine, among other things, the nature and extent of work that will be required to prepare our reply brief. Counsel must review the earlier pleadings filed in this case on the dispositive motions, so that in our reply brief, counsel may refer the Court to the portions of our briefs that address a key issue in this case, the standard of review – whether it is <u>de novo</u> and/or a review of the administrative record pursuant to standard of the Administrative Procedure Act ("APA") – depending upon the issue that the Court is to address. Counsel also requires time to review new cases that petitioners cite in their opposition brief and conduct additional legal research, where appropriate, including research on issues involving contract ambiguity. Counsel will also review the 2005 Standard Reinsurance Agreement ("SRA") to which petitioners refer for the first time in the briefing on the motions. In addition, it appears that petitioners have failed to address certain arguments that we made in our motion, and we require time to evaluate those matters.

Moreover, agency counsel and Mr. Tim Witt, the agency official whose declaration we submitted recently (a submission that petitioners do not oppose) will be attending the meeting of the Board of Directors of the Federal Crop Insurance Corporation ("FCIC") in Washington, D.C., from Monday, September 10 through Thursday, September 13, 2007. These two agency officials will be largely unavailable during this time to counsel of record, who requires time to consult with them.

Further, counsel is working with agency counsel who is preparing a brief required by the

Civilian Board of Contract Appeals ("CBCA") on FCIC's motion to stay proceedings before the CBCA pending a decision by this Court on the dispositive motions. In The Matter of Ace Property & Casualty Insurance Co. et al, No. 117-FCIC (CBCA). The issues on the motion to stay overlap substantially with issues raised in petitioners' opposition brief (including the appropriate standard of review for certain types of issues). FCIC's brief currently is due on Monday, September 10, 2007, and counsel require time to consult and coordinate on these matters.

Once the draft reply brief is due, time is also required for supervisory review within the office of counsel of record at the Department of Justice.

Counsel has other case responsibilities during this time. The brief for the cross-appellant, American Growers Insurance Company, is due on September 13, 2007, in American Growers Insurance Co. v. Fed. Crop Ins. Corp., Nos. 07-1655, 07-1749 . (8th Cir.). Upon receipt, counsel must immediately review the brief, at least in a preliminary manner, to determine the nature and extent of work required to prepare the Government's opposing brief, which will be due in mid-October, 2007.

In addition, counsel has plans to travel to Boston, Massachusetts, on September 6, 2007, for a couple of days to visit her elderly father-in-law, who is in the hospital. Further, counsel has plans to travel to Connecticut on September 14-15, 2007, to coordinate care for her elderly mother, who is in poor health.

Conclusion

For the foregoing reasons, respondent respectfully requests that this Court grant respondent an enlargement of time of 11 days, to and including September 25, 2007, within which to file respondent's reply brief.

                        Respectfully submitted,

                        PETER D. KEISLER
                        Assistant Attorney General

                        s/s Jeanne E. Davidson
                        JEANNE E. DAVIDSON
                        Director

Of Counsel:                    s/s Jane W. Vanneman
JEFFREY A. TAYLOR         JANE W. VANNEMAN
D.C. BAR # 498610          D.C. BAR #257121
United States Attorney        Senior Trial Counsel
PETER S. SMITH            United States Department of Justice
D.C. BAR #465131          Civil Division
Assistant U.S. Attorney       Commercial Litigation Branch
Judiciary Center Building     1100 L Street, N.W.
555 Fourth St., N.W.        Room 12010
  Room E4224                Washington, D.C. 20005
Washington, D.C. 20530      (202) 616-8283
(202) 307-0372

KIMBERLEY ARRIGO
Senior Counsel
United States Department of Agriculture
Office of the General Counsel
Washington, D.C.

September 5, 2007

4

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 5, 2007, I filed a copy of this motion, "RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONDENT'S REPLY TO PETITIONERS' OPPOSITION TO RESPONDENT'S MOTION TO STRIKE DECLARATION OF MR. KENNETH ACKERMAN SUBMITTED WITH PETITIONERS' REPLY BRIEF ON DISPOSITIVE MOTIONS" pursuant to the Court's electronic filing (ECF) system.

    s/s Jane W. Vanneman

    Mr. Michael Tucci
    Stinson, Morrison Hecker
    1150 18th St NW, Suite 800
    Washington DC 20036