IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY (f/k/a CIGNA PROPERTY & CASUALTY INSURANCE CO.) ET AL.<br>Petitioners,<br><br>v.<br><br>FEDERAL CROP INSURANCE CORPORATION, A CORPORATION WITHIN THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Respondents. | Civil Action No.<br>1:06CV01430 (RMU) |

PROPOSED ORDER

Upon consideration of respondent's unopposed motion, the Court grants respondent until September 25, 2007, within which to file respondent's reply to petitioners' opposition to respondent's motion to strike the declaration of Mr. Kenneth Ackerman.

_____

Judge Ricardo M. Urbina
United States District Judge

Dated: