UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY *et al.*, | : : : | |
| Plaintiffs, | : : | Civil Action No.:  06-1430 (RMU) |
| v. | : : | Document Nos.:  16, 17 |
| FEDERAL CROP INSURANCE CORPORATION, a corporation within the United States Department of Agriculture, | : : : : : : | |
| Defendant. | : | |

## ORDER

**DENYING THE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT;
GRANTING THE DEFENDANT'S MOTION FOR PARTIAL DISMISSAL;
GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**

For the reasons stated in the accompanying Memorandum Opinion, it is this 28th

day of September, 2007,

**ORDERED** that the plaintiffs' motion for partial summary judgment is

**DENIED**; and it is

**FURTHER ORDERED** that the defendant's motion for partial dismissal is

**GRANTED**; and it is

**ORDERED** that the defendant's motion for partial summary judgment is

**GRANTED in part** and **DENIED in part**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge